FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 13 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SELENA FARNAM                                               PLAINTIFF

V.

RANDOLPH COUNTY
RANDOLPH COUNTY SHERIFF'S OFFICE          3:22-CV-00315-JM
KEVIN BELL, IN HIS OFFICIAL CAPACITY
DARREL ELKIN, P.A.
DR. DARREL ELKIN                                          DEFENDANTS

## COMPLAINT

COMES THE PLAINTIFF, by and through her attorney, Garland L Watlington, and for her Complaint, states:

### PARTIES AND JURISDICTION

1. Plaintiff resides in Randolph County, Arkansas. Plaintiff is a female who worked for the Randolph County Sheriff's Office as a jailor. Defendant Kevin Bell is sued in his official capacity as Sheriff of Randolph County, a public entity. Defendant Darrel Elkin, P.A. is a doctor's business entity and Defendant Darrel Elkin is a doctor who works for Randolph County. Plaintiff brings this action for sexual discrimination, retaliation and hostile work environment, as allowed by Title VII of the Civil Rights Act of 1993, 42 USC 1983 for deprivation of her rights to Equal Protection and Due Process and her First Amendment Rights, as well as ACA 16-123-105, 107 and 108  She filed a charge of discrimination with the Equal Employment Opportunity Commission less than 180 days after being fired and has received a Right to Sue Letter within 90 days of the filing of this Complaint. Venue is proper under 28 USC 1391. All actions were taken under color of law.

This case assigned to District Judge Moody
and to Magistrate Judge Ray

## GENERAL ALLEGATIONS OF FACT

2. Plaintiff is a female who worked for the Randolph County Sheriff's office as a jailer and who resides in Randolph County, Arkansas.

3. At all times relevant, Plaintiff performed her job satisfactorily.

4. Plaintiff was sexually harrased by Defendant Darrel Elkin. Plaintiff endured unwanted touching and sexually implicit statements and sexual advances.

5. Plaintiff reported this sexual harassment to her employer and Darrel Elkin was fired.

6. Plaintiff was disciplined after reporting the sexual harassment by changing her shift and taking away certain duties such as assistant admin duties and guardian. Plaintiff suffered in a hostile work environment after reporting the sexual advances of Dr. Elkins to her supervisors.

7. Defendant Darrel Elkin was rehired by the Randolph County Sheriff's office.

8. Plaintiff objected and was fired.

9. Plaintiff was disciplined and/or terminated for exercising her First Amendment Rights.

10. Plaintiff reserve the right to plead further upon completion of discovery.

## COUNT I

11. Plaintiff realleges the foregoing as if fully set out herein.

12. Plaintiff had a clearly established right to be free from sexual discriminatin and a hostile work environment under the Equal Protection and Due Process clauses of the United States Constitution and the Arkansas Constitution. Accordingly, Plaintiff sues for violation of her state and federal constitutional rights, as allowed by 42 USC 1983 and

Section 105 of the Arkansas Civil Rights Act of 1993. Plaintiff also sues the Defendants under Title VII and Section 105, 107 and 108 of the ACRA.

13. Plaintiff was disciplined and ultimately terminated for complaining of sexual harassment.

14. Plaintiff was harassed and intimidated.

15. All actions were taken with the approval of the Sheriff.

16. As a direct and proximate cause of the Randolph County Sheriff's office's illegal actions, Plaintiff has suffered severe mental and emotional distress in an amount greater than that required for diversity jurisdiction.

17. Plaintiff pleads for punitive damages against the Defendants under the ACRA and 1993.

18. Plaintiff pleads for reinstatement and back pay and if not reinstated for front pay.

## COUNT II

19. Plaintiff realleges the foregoing as if fully set out herein.

20. The Randolph County Sheriff's office employed more than 9 people in Arkansas during each week during the relevant time period.

21. Plaintiff complained about sexual harassment.

22. Plaintiff was disciplined, denied positions, and ultimately terminated in violation 42 USC 1983, et seq.

23. Defendants discriminated against the Plaintiff on the basis of her gender in violation of ACRA, the Arkansas Constitution, and the Equal Protection Clause and retaliated against her in violation of the 1st Amendment and right to petition to redress for grievances and remonstrate (protest). Thus, Plaintiff brings this action, as allowed by 42 USC 1983 and the Secions 105, 107 and 108 of the ACRA.

24. As a direct and proximate cause of Defendant's actions alleged herein, Plaintiff has suffered severe mental and emotional distress, lost wages, lost benefits and have incurred other special damages in an amount exceeding $75,000.00.

WHEREFORE, Plaintiff prays for appropriate compensatory and punitive damages, for a trial by jury, for appropriate declaratory and injunctive relief, for reasonable attorney's fees, for costs and for all other just and proper relief to which he may be entitled.

Respectfully Submitted,

Garland Watlington
Attorney for the Plaintiff
Arkansas Bar Number 95223
603 Southwest Drive
Jonesboro, AR 72401
870-972-6110
870-932-2939 fax
watlingtonlawfirm@gmail.com

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Little Rock Area Office
820 Louisiana St, Suite 200
Little Rock, AR 72201
(501) 900-6130
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 09/20/2022

**To:** Selena A. Farnam
707 Ruberta Dr.
WALNUT RIDGE, AR 72476
Charge No: 493-2022-01013

EEOC Representative and email:    Jerome Nunley
Federal Investigator
jerome.nunley@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 493-2022-01013.

On behalf of the Commission,

Digitally Signed By: Edmond Sims
09/20/2022
Edmond Sims
Acting District Director

**Cc:**
Brandy McAllister
1415 W 3RD ST
Little Rock, AR 72201

Susan Kendall
Kendall Law Firm, PLLC
3706 S PINNACLE HILLS PKWY STE 201
Rogers, AR 72758

Melissa Sisco
Randolph County Jail
1510 Pace Rd
Pocahontas, AR 72455

Garland Watlington
Watlington Law Firm
603 Southwest Drive
JONESBORO, AR 72402


Please retain this notice for your records.