IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SELENA FARNAM**                                                                    **PLAINTIFF**

V.                                          **3:22CV00315 JM**

**RANDOLPH COUNTY**
**RANDOLPH COUNTY SHERIFF'S OFFICE**
**KEVIN BELL, in his official capacity**
**DARREL ELKIN, P.A.**
**DR. DARREL ELKIN**                                                            **DEFENDANTS**

## ORDER

Pursuant to Rule 41(a), Plaintiff's motion to dismiss Defendants Darrel Elkin, P.A. and Dr. Darrel Elkin without prejudice (ECF No. 3) is GRANTED. The Court notes that Plaintiff may be ordered to pay all or part of the costs of this action if the action is refiled in the future. *See* Fed. R.Civ. P. 41(d).

IT IS SO ORDERED this 13th day of April, 2023.

_____
James M. Moody Jr.
United States District Judge